| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Greenblatt, Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all):<br>**xxx-xx-4743** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**188 East 70th Street**<br>**New York, NY**<br><div align="right">ZIP Code **10021**</div> | Street Address of Joint Debtor (No. & Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **New York County** | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Nonprofit Organization qualified under 11 U.S.C. § 501(c)(3) | □ Chapter 7   ■ Chapter 11   □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 9   □ Chapter 12   □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>□ Chapter 13 |

| | Nature of Debts (Check one box) |
| --- | --- |
| | □ Consumer/Non-Business     ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br>□ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>□ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| □ | □ | □ | □ | □ | ■ | □ | □ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| □ | □ | □ | □ | □ | ■ | □ | □ |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Greenblatt, Joseph**

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Maywood Capital Corp. et al** | Case Number:<br>**04-17047 etc** | Date Filed:<br>**11/04/05** |
| District:<br>**S.D.N.Y.** | Relationship:<br>**Affiliates** | Judge:<br>**Judge R.D. Drain** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br> Signature of Attorney for Debtor(s)         Date |

| Exhibit C | Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Greenblatt, Joseph** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Greenblatt**
Signature of Debtor **Joseph Greenblatt**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 29, 2005**
Date

#### Signature of Attorney

X **/s/ Wayne M Greenwald WMG**
Signature of Attorney for Debtor(s)

**Wayne M. Greenwald WMG 6578**
Printed Name of Attorney for Debtor(s)

**Wayne Greenwald, P.C.**
Firm Name

**99 Park Avenue**
**Suite 800**
**New York, NY 10016**

_____
Address

**Email: grimlawyers@aol.com**
**212-983-1922  Fax: 212-973-9494**
Telephone Number

**November 29, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code Certified copies of the documents required by §1515 of title 11 are attached

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re   **Joseph Greenblatt**

                                Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 15, 2005**

/s/ Joseph Greenblatt
**Joseph Greenblatt**
Signature of Debtor

1055 HERKIMER AVE RA
2082 MADISON AVENUE
NEW YORK, NY 10035

108 WEST 130TH STREET RA
2082 MADISON AVENUE
NEW YORK, NY 10035

11 BROOKLYN AVE
2082 MADISON AVENUE
NEW YORK, NY 10035

113 BLAKE AVENUE
2082 MADISON AVENUE
NEW YORK, NY 10035

118-120 WEST 137TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035

121 WEST 122ND STREET
2082 MADISON AVENUE
NEW YORK, NY 10035

1230 FRANKLIN AVE
2082 MADISON AVENUE
NEW YORK, NY 10035

133 SUYDAM STREET RA
2082 MADISON AVENUE
NEW YORK, NY 10035

135 SUYDAM RA
2082 MADISON AVENUE
NEW YORK, NY 10035

148 WEST 124TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035

161 HULL STREET RA
2082 MADISON AVENUE
NEW YORK, NY 10035

162 CENTRAL AVE RA
2082 MADISON AVENUE
NEW YORK, NY 10035


164 CENTRAL AVENUE
2082 MADISON AVENUE
NEW YORK, NY 10035


173 UTICA RA
2082 MADISON AVENUE
NEW YORK, NY 10035


18 WEST 129TH STREET RA
2082 MADISON AVENUE
NEW YORK, NY 10035


190-01-113 HOLLIS AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


206 HONNEYWELL AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


2093 MADISON AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


216 EDGECOMBE AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


2278 8TH AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


242 LENNOX AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


243 EAST 18TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035

304-306 WEST 133RD RA
2082 MADISON AVENUE
NEW YORK, NY 10035


313 EAST 140TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


335 EAST 140TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


360 WEST 127TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


452 WEST 150TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


510 WEST 159TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


522 EAST 148TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


535 WEST 147TH STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


544 WEST 160TH
2082 MADISON AVENUE
NEW YORK, NY 10035


6 EAST 132ND STREET
2082 MADISON AVENUE
NEW YORK, NY 10035


653-655 ROGERS AVENUE
2082 MADISON AVENUE
NEW YORK, NY 10035

883 CAULDWELL AVE, RA
2082 MADISON AVENUE
NEW YORK, NY 10035


957 ST. NICHOLAS AVE
2082 MADISON AVENUE
NEW YORK, NY 10035


A.1 CREDIT CORP.
1001 WINSTEAD DR.
SUITE 500
CARY, NC 27513


ACCORD FINANCIAL SERVICES/DBUK


AJILON FINANCE
DEPT CH 14031
PALATINE, IL 60055-4031


ALEXANDER A. ANDRAKE JR.
935 PANCOAST STREET
DICKSON CITY, PA 18519-1167


ALLEN LEWIS


ALPHA MORTGAGE INVESTORS
7111 PARK HEIGHTS AVE.
BALTIMORE, MD 21215-1666


AMERICAN EXPRESS
P.O. BOX 36002
FT. LAUDERDALE, FL 33336


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

AT&T FLORIDA
P.O. BOX 78225
PHOENIX, AZ 85062


AVAYA INC.
P.O. BOX 5332
NEW YORK, NY 10087-5332


BARBARA KEYSER


BERGER FAMILY TRUST
2312 BANNER DRIVE
MENLO PARK, CA 94025


BRT REALTY
60 CUTTER MILL ROAD
SUITE 303
GREAT NECK, NY 11021


CARTER BLUNDEN
2830 TRINIDAD WAY
PALMETTO, FL 34221


CHASE PLATINUM
P.O. BOX 15583
WILMINGTON, DE 19886


CITY SPEC INC.
81-32 MARGARET PLACE
RIDGEWOOD, NY 11385


CITY WASTE SERVICES
167-33 PORTER ROAD
JAMAICA, NY 11434


CITYWIDE COMMUN
4215 PETERS PLACE
BRONX, NY 10470


DALE CONDRAY
3640 LONG MEADOW
SARASOTA, FL 34235

DAVID DAL
4944 SOUTH TAMLAMI TRAIL
SARASOTA, FL 34231-4354

DEPARTMENT OF CITYWIDE
1 CENTRE STREET
ROOM 1300
FAIR LAWN, NJ 07410

DEPENDABLE WINDOW
109-14 98TH ST.
OZONE PARK, NY 11417

DINERS CLUB
P.O. BOX 6003
THE LAKES, NV 88901-6003

EASTMAN & SONS
1174 LEGGETT AVE
BRONX, NY 10474

EATAMAR & MURIEL DRORY

EDWIN COOKSEY

ELIZABETH EVERETT
6111 FIFTH AVENUE
PITTSBURGH, PA 15232

ESSEE FLOOR COVERING
C/O VALER ENT INC.
P.O. BOX 119
HOLBROOK, NY 11741

FEHRINGER SURVEYING
148 N PARK AVE
ROCKVILLE CENTRE, NY 11570

FIRST AMERICAN R/E SOLUTION
5601 EAST L PALMA AVE
ANAHEIM, CA 92807

FORD CREDIT
C/O RUBIN NORTHMAN ESQ.
1787 VETERANS HWY
ISLANDIA, NY 11749


FRANK & LAURA TAUB


FRIEDMAN WATSON


GE CORPORATE PLUS
1650 LOS GAMOS DR.
SAN RAFAEL, CA 94903


GOLDBERG RIMBERG & FRIEDLANDER
115 BROADWAY
NEW YORK, NY 10038


GOLDMAN & GOLDMAN
C/O CITY MARSHALL
36-35 BELL BLVD, BOX 610700
BAYSIDE, NY 11361


H20 WATERMAIN
1328 ROCKAWAY PKWY
BROOKLYN, NY 11236


HANJI SHIPPING CO.
80 E RT 4
SUITE 491
PARAMUS, NJ 07652


HAROLD KULMAN
1921 WALDEMERE STREET
SUITE 504
SARASOTA, FL 34239


HARRIET COOKSEY TRUST


HARRY SCOTT
270 BEARDED OAKS DR.
SARASOTA, FL 34232

HENRY J. COOPER
2446 SIESTA DR.
SARASOTA, FL 34239


HOME DEPOT
P.O. BOX 9172
DES MOINES, IA 50368


IDEAL INSURANCE


INTERNAL REVENUE SERVICE
HOLTSVILLE, NY


IRMA KAUFMAN
5770 MIDNIGHT PASS ROAD
APT 509C
GRAND RIDGE, FL 32442


IRS
CINCINNATI, OH 45999-0039


J. KAUFMAN IRON WORKS
217 GODWIN AVE
PATERSON, NJ 07501


J. THOMAS BOHNERT
266 SUN AIR CIRCLE
OSPREY, FL 34229


JASON GREENBLATT


JER REVENUE SERVICE
P.O. BOX 599
NORTH HAVEN, CT 06473


JOHN OR BARBARA KOWALSKI
484 CAREY ROAD
JERMYN, PA 18433


JOHN HUGHES

KAREN & MICHAEL LEWIS
5668 PARKVIEW LAKE DR
ORLANDO, FL 32821


LAMB & BARNOSKY, LLP
534 BROADHOLLOW ROAD
MELVILLE, NY 11747


LAMB & ROVER CAPITAL
DEPT 193901
P.O. BOX 55000
DETROIT, MI 48255


LEXUS FINANCIAL
P.O. BOX 17187
BALTIMORE, MD 21297


MARLIN LEASING CORP
P.O. BOX 13604
PHILADELPHIA, PA 19101


MAYWOOD CAPITAL CORP
2082 MADISON AVENUE
NEW YORK, NY 10035


METALLINE FIRE DOOR
4110 PARK AVENUE
BRONX, NY 10457


MIRANDA & SOKOLOFF
24 MINEOLA BLVD
MINEOLA, NY 11501


NYC DEPART OF FINANCE
P.O. BOX 5060
KINGSTON, NY 12402-5062


NYC DEPT. OF FINANCE
25 ELM PLACE
BROOKLYN, NY 11201


NYC DEPT. OF FINANCE
C/O NYC CORP. COUNSEL
100 CHURCH STREET
NEW YORK, NY 10038

NYS TAX COMMISSION
BANKRUPTCY/SPECIAL PROC.
P.O. BOX 5300
ALBANY, NY 12205-0300


NYSIT
P.O. BOX 61000
ALBANY, NY 12261


OLYMPIC DIAMOND


PAUL KERMINSKY


PAUL TERYL


PAYCHEX
135 CHESTNUT RIDGE RD
P.O BOX0412
MONTVALE, NJ 07645


PC RICHARDS & SONS
150 PRICE PARKWAY
FARMINGDALE, NY 11735


PEST PRO SERVICES
2260 VICTORY BLVD.
RICHMOND HILL, NY 11418


PETER RHODES
6359 COOLIHANS S.R.
R.R.1
ONTARIO, CA


PITNEY BOWES
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


POPELKA ALLARD
160 WEST SANTA CLARA
12TH FL
SAN JOSE, CA 95113

Q ELECTRIC CONTRACTING
86-40 122ND ST.
RICHMOND HILL, NY 11418


R. HARRY SCOTT
270 BEARDED OAKS DR.
SARASOTA, FL 34232-1607


REFUND CONSULTANTS
585 EUCLID AVE
WEST HEMPSTEAD, NY 11552


REGAL COLLECTIONS
17-10 RIVER RD,
BOX 1038
FAIR LAWN, NJ 07410


RIPCO NYC
133 E. 58TH ST., 12TH FL
NEW YORK, NY 10022


RITA MALDOON TRUST


ROBERT LEVIN
130 SOUTH BAY FROND
NEWPORT BEACH, CA 92662


ROBERT SPIGNOLI


ROBINSON BORG LEINWAND
1345 AVE OF THE AMERICAS
NEW YORK, NY 10105


SEE ADDITIONA SCHEDULED ATTACH


SELMA WINSTON TRUST


STEPHAN COFFEY

TELEPHONETICS
P.O. BOX 116766
ATLANTA, GA 30368


THE HARTFORD
P.O. BOX 2907
HARTFORD, CT 06104


TOWARD INS.
C/O POLLACK
285 VAN BRUNT ST P.O 310060
BROOKLYN, NY 11231


TRI-STARY LIGHTING
50-05 47TH AVE
WOODSIDE, NY 11377


TRS RECOVERY SERVICES, INC.
5251 WESTEIMER
HOUSTON, TX 77056


TUMBLERS  II INC.
2082 MADISON AVENUE
NEW YORK, NY 10037


TUMBLERS INC.
2082 MADISON AVENUE
NEW YORK, NY 10037


WATSON L. FREEMAN
1058 SOUTH 11TH TERRACE
GAINESVILLE, FL 32601-7839


WAYNE GREENWALD, P.C,
99 PARK AVENUE
NEW YORK, NY 10016


WILLIAM G. EVERETT
6111 5TH AVE
PITTSBURGH, PA 15232


WILLIAM G. EVERETT
6111 FIFTH AVENUE
PITTSBURGH, PA 15232

UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

JOSEPH GREENBLATT,

Debtor.
-----------------------------------------------------------------X

Case No.:
05-          -   (RDD)
In Proceedings for
Reorganization under
Chapter 11

## DECLARATION UNDER LOCAL RULE 1007-3

Joseph Greenblatt declares:

1.      I am the above-named debtor and as such am familiar with the statements contained

herein which are based on the Debtor's books and records.

2.      I submit this declaration in compliance with Rule 1007-3 of the Local Rules of the

United States Bankruptcy Court for the Southern District of New York:

**(i)      The nature of the debtor's business and a concise statement of the circumstances
leading to the debtor's filing under chapter 11:**

Acquiring, operating and developing real property and engaging in real estate transactions. I am

the object of a motion to subject my property to a receivership and being held in contempt in

*Harvey v. Greenblatt, et.al.*, Superior Court of New Jersey, Chancery Division, Essex County,

for civil contempt for my alleged failure to comply with that Court's directive that I testify at a

deposition and provide copies of documents, many of which are in the possession and control of

the chapter 11 trustee in *Maywood Capital Corp., et al., Debtors,* (Jointly Administered) Case

Nos. 04-17047, 05-10987(RDD), 05-10944 to 05-10987, 05-11521 and 05-11523 (RDD).

- 1 -

(ii)  If the case originally was commenced under chapter 7 or chapter 13, the name and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee.

Not Applicable

(iii)  The names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation:

None

(4)  The following information with respect to each of the holders of the 20 largest unsecured claims, excluding insiders:  the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured;

See annexed list of twenty largest creditors.

(5)  The following information with respect to each of the holders of the five largest secured claims:  the name, the address (including the number, street, apartment or suite

number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed:

> None

(6)     A summary of the debtor's assets and liabilities:

> Assets:          Undetermined
>
> Liabilities:     Undetermined

(7)     The number and classes of shares of stock, debentures, or other securities of the debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held:

> None

(8)     A list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending:

> Upon information and belief, none

**(9)** A list of the premises owned, leased, or held under other arrangement from which the debtor operates its business:

188 East 70th Street, New York, NY 10021

**(10)** **The location of the debtor's substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States:**

188 East 70th Street, New York, NY 10021

**(11)** **The nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent:**

Alpha Mortgage Investors et al, v 1055 Herkimer St. Realty Corp., et al.

(Index No.: 603922/03)  Supreme, NY County

Plenary action filed 1/28/04; no answer filed

Harvey v. Greenblatt, et.al., Superior Court of New Jersey, Chancery Division, Essex County.  Inter alia, appoint a receiver

BRT Realty Trust v  6 E. 132nd St. Apt. Corp.

(Index No.: 116771/03)  Supreme, NY County

Foreclosure action, settled per stipulation (no judgment) 3/ 04;

Motion for entry of judgment pending

<u>79 East 125th St. Realty LLC v 148th St. LLC, et al</u>

(Index No.: 116724/04)  Supreme, NY County

Foreclosure action instituted in 11/04; no answer filed


<u>Cantor et al v 216 Edgecomb Ave Realty Corp.</u>

(Index No.: 112514/04)  8/04


<u>Lewis, et al. v 148th St. LLC, et al</u>

(Index No.: 116724/04)  Supreme, NY County

Foreclosure action instituted in 11/04; no answer filed


<u>Community Capital Bank vs. 65-67 East 125th St. Realty Corp. et al</u>

(Index No.: 10688/04)  Supreme, NY County

Foreclosure action filed 7/04; answer filed; receiver appointed 2/05


<u>Rabine v 190-01 – 190-13 Hollis Avenue Realty Corp., et al</u>

Index No.: 24047/04  Supreme, Queens County

Foreclosure proceeding; instituted in 10/04; Receiver appointed


<u>Rabine, v 304-306 W. 133rd St. Realty Corp et al</u>

(Index No.: 111170/04)

Foreclosure action filed 8/04; no answer filed; Receiver appointed 2/04

Hirikis v 190-01 to190-13 Hollis Ave. Realty Corp., et al

Index No.: 15693/04 (Lis Pendens) Supreme, Queens County

Plenary action for return of security, filed in 11/04; no complaint served

BRT Realty Trust v 6 E. 132nd St. Apt. Corp.

(Index No.: 116771/03) Supreme, NY County

Foreclosure action, settled per stipulation (no judgment), 3/ 04;

Motion for entry of judgment pending

Baron Associates v 122 W. 122nd St. Corp et al.

(Index No.: 112515/04) Supreme, NY County

Foreclosure action filed 9/04; no answer filed

Cantor et al v 2278 Eighth Avenue Realty Corp. et al

(Index No.:112518/04) Supreme, NY County

Foreclosure action filed 8/04; no answer filed

Alpha Mortgage Investors et al. v 1055 Herkimer St. Realty Corp. et al.

Index No.: 603922/03) Supreme, NY County

Plenary action filed 1/28/04; no answer filed

Baron Associates v 122 W. 122nd St. Corp et al.

(Index No.: 112515/04)  Supreme, NY County

Foreclosure action filed 9/04; no answer filed

Cantor et al v 216 Edgecomb Ave Realty Corp.

(Index No.: 112514/04)  Supreme, NY County

Foreclosure action filed 8/04; no answer filed

Suntrust Bank v 243 E. 118th St. Realty Corp., et al

(Index No.: 116723/04)

Foreclosure action filed 11/04; no answer filed

Alpha Mortgage Investors et al v 6E132nd St. Apartments Corp.

Index No.: 113054/04  Supreme, NY County

Judgment entered on 9/04

BRT Realty Trust v  6 E. 132nd St. Apt. Corp.

(Index No.: 116771/03)  Supreme, NY County

Foreclosure action, settled per stipulation (no judgment) 3/04 ;

Motion for entry of judgment pending


27 E. 131st St. LLC v Maywood Capital Corp

Index No.: L&T 52228/05   Civil Court, NY County

Summary Holdover proceeding to recover real property; instituted in 1/05; pending


Suntrust Bank v. 335 E. 140th St. Realty Corp., et al.

Index No. 6576/05      Supreme, Bronx County

Foreclosure proceeding instituted 1/05; no answer filed


Rabine v 510 W. 159th St. Realty Corp., et al.

(Index No.: 111171/04)  Supreme, NY County

Foreclosure action filed 8/04; no answer filed; Referee & Receiver appointed (2/04 & 2/05)


Rabine, v 304-306 W. 133rd St. Realty Corp et al

(Index No.: 111170/04)

Foreclosure action filed 8/04; no answer filed; Receiver appointed 2/04


Alpha Mortgage Investors et al, v 1055 Herkimer St. Realty Corp.

(Index No.: 603922/03)  Supreme, NY County

Plenary action filed 1/28/04; no answer filed

HPD v 535 W. 147th St. Realty Corp

 Index No HP.: 60/05

HP proceeding; default judgment entered 2/3/05

Ashan Realty Corp. v 77 E. 125th St. Realty LLC, et al.

(Index No.: 116851/04), Supreme, NY County

Foreclosure action filed 11/04; motion to dismiss pending

Carver Federal Savings v. 917 Eagle Ave. Realty Corp., et al.

 Index No. 8182/04     Supreme, Bronx County

Foreclosure proceeding discontinued; motion pending re: money held by receiver

HPD v Champion Management LLC

 Index No.: 200021/01   Harlem Community Court, Civil Court, NY County

Motion for Civil Penalties pending

Commissioner of State Insurance Fund v Maywood Construction Corp.

 Index No.: 403939/04   Supreme, NY County

Plenary action; instituted 11/04; no answer filed

Intervest Mortgage Corp. v Bodden Funding Corp. *et al*

(Index No.:100938/05)   Supreme, NY County

Foreclosure action instituted in 1/05


Intervest National Bank et al v Maywood Consolidated Properties et al

(Index No.: 109482/04)   Supreme, NY County

Foreclosure action, instituted 6/04, no answer filed


DHPD v Maywood Consolidated Properties, Inc

Index No.: HP 39/05 Civil Court, NY County

HP proceeding for Civil Penalties; default judgment entered 1/27/05


Ripco Real Estate Corp. v Maywood Capital Corp.

Index No.:111962/04  Supreme, NY County

Action for broker Fees, instituted in 8/04; no answer filed; motion

For entry of judgment pending


Alpha Mortgage Investors et al v. Joseph Greenblatt et al

(Index No.: 116647/04)  Supreme, NY County

Plenary action; judgment entered 11/04


**(12)   The names of the individuals who comprise the debtor's existing senior**

management, their tenure with the debtor, and a brief summary of their relevant responsibilities and experience.

Joseph Greenblatt, 188 East 70th Street, New York, NY 10021.

(b)    *Additional Information if Business Is to Continue.*  If the debtor intends to continue to operate its business, the affidavit shall so state and set forth:

(1)    The estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30 day period following the filing of the chapter 11 petition:

None

(2)    The amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition --

(A)    If the debtor is a corporation, to officers, stockholders, and directors:

None

(B)    If the debtor is an individual or a partnership, to the individual or the members of the partnership:

None

(C)    If a financial or business consultant has been retained by the debtor, to the consultant:

Undetermined

(3)    A schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing.

estimated cash receipts:          $

estimated cash disbursements:     $

net cash gain or (loss):          ($)

obligations expected
to accrue but remain unpaid:      $

I declare the foregoing statements of fact to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
       November 15, 2005

                            /S/ Joseph Greenblatt
                            Joseph Greenblatt

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Southern District of New York

In re  **Joseph Greenblatt**

Debtor(s)

Case No.  **05-10987**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1055 Herkimer Ave RA<br>2082 Madison Avenue<br>New York, NY 10035 | 1055 Herkimer Ave RA<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 783,385.40 |
| 121 West 122nd Street<br>2082 Madison Avenue<br>New York, NY 10035 | 121 West 122nd Street<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 1,139,820.69 |
| 1230 Franklin Ave<br>2082 Madison Avenue<br>New York, NY 10035 | 1230 Franklin Ave<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 346,700.19 |
| 133 Suydam Street RA<br>2082 Madison Avenue<br>New York, NY 10035 | 133 Suydam Street RA<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 386,030.51 |
| 162 Central Ave RA<br>2082 Madison Avenue<br>New York, NY 10035 | 162 Central Ave RA<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 573,325.90 |
| 164 Central Avenue<br>2082 Madison Avenue<br>New York, NY 10035 | 164 Central Avenue<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 540,769.37 |
| 190-01-113 Hollis Ave<br>2082 Madison Avenue<br>New York, NY 10035 | 190-01-113 Hollis Ave<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 583,537.55 |
| 206 Honneywell Ave<br>2082 Madison Avenue<br>New York, NY 10035 | 206 Honneywell Ave<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 714,951.94 |
| 2093 Madison Ave<br>2082 Madison Avenue<br>New York, NY 10035 | 2093 Madison Ave<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 424,588.67 |
| 242 Lennox Ave<br>2082 Madison Avenue<br>New York, NY 10035 | 242 Lennox Ave<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 392,649.66 |
| 243 East 18th Street<br>2082 Madison Avenue<br>New York, NY 10035 | 243 East 18th Street<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 570,050.26 |
| 360 West 127th Street<br>2082 Madison Avenue<br>New York, NY 10035 | 360 West 127th Street<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 355,360.00 |
| 544 West 160th<br>2082 Madison Avenue<br>New York, NY 10035 | 544 West 160th<br>2082 Madison Avenue<br>New York, NY 10035 | | Unliquidated<br>Disputed | 365,500.00 |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 653-655 Rogers Avenue 2082 Madison Avenue New York, NY 10035 | 653-655 Rogers Avenue 2082 Madison Avenue New York, NY 10035 | | Unliquidated Disputed | 1,165,000.00 |
| 957 St. Nicholas Ave 2082 Madison Avenue New York, NY 10035 | 957 St. Nicholas Ave 2082 Madison Avenue New York, NY 10035 | | Contingent Unliquidated Disputed | 563,804.00 |
| Allen Lewis | Allen Lewis | | Unliquidated Disputed | 3,814,715.00 |
| Edwin Cooksey | Edwin Cooksey | IRA | Unliquidated Disputed | 3,643,000.00 |
| Harriet Cooksey Trust | Harriet Cooksey Trust | | Unliquidated Disputed | 932,000.00 |
| Olympic Diamond | Olympic Diamond | | Unliquidated Disputed | 425,000.00 |
| Selma Winston Trust | Selma Winston Trust | | Unliquidated Disputed | 505,954.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  **November 15, 2005**                    Signature  **/s/ Joseph Greenblatt**

**Joseph Greenblatt**
Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.