WAYNE GREENWALD, P.C.
Attorneys for the Plaintiff- Debtor,
Joseph Greenblatt
99 Park Avenue - Suite 800
New York, NY 10016
212-983-1922
Wayne M. Greenwald (WMG 6758)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re

                                                          Case No 05-60142

**JOSEPH GREENBLATT,**             Chapter 11

        **Debtor,**
------------------------------------------------------X

### DEBTOR'S MOTION FOR AN ORDER EXTENDING HIS TIME TO COMPLETE HIS FILINGS

**TO: HON. ROBERT D. DRAIN**
     **UNITED STATES BANKRUPTCY JUDGE**

     The Debtor, Joseph Greenblatt (the "Debtor"), by his attorneys, Wayne Greenwald, P.C. , represents:

1. The Debtor requests that this Court enter the pre-fixed order extending from December 14, 2005, until and including January 4, 2006, the Debtor's time to file his Chapter 11 Current Monthly Income Form, Schedules A-J, Summary of schedules, Statement of Financial Affairs, Statement of Operations, Balance Sheet, Cash Flow Statement, Employee Income Record, Federal Income Tax Return, Inventory of Property, Record of Interest in

Education Individual Retirement Account, Incomplete Filings and other missing documents herein and granting the Debtor such other and further relief as this Court deems proper (the "Motion")

2. Cause exists to extend the Debtor's time to complete his filing including that:

   a.) The Debtor filed this case on an emergency basis;

   b.) During the initial days of this case, the Debtor and his counsel focused on the pending motions concerning the Debtor's claim that the automatic stay affected the action in the Superior Court of the State of New Jersey for Essex County, encaptioned *Peter C. Harvey, et al. v. Joseph Greenblatt, et al.,* Case No: ESX -C-0015-05 (the "State Court Action.";

   c.) Due to the Debtor's emergent filing and Debtor's counsel's schedule, the Debtor and his counsel have been unable to finalize the Debtor's schedules and statements;

   d.) In addition to completing the Debtor's documents for filing, the Debtor must have his criminal counsel[1] review the documents

---

[1] The Debtor is the subject of several criminal proceedings pending in New York and New Jersey.

before they are filed in this case.

e.) An additional brief period is necessary to insure that the Debtor's schedules and statements are complete and accurate and will not negatively impact his pending criminal proceedings, thus maximizing his opportunity to reorganize.

These matters are elucidated herein.

## BACKGROUND

3. On November 29, 2005, the Debtor filed his voluntary petition for relief (the "Petition") under Chapter 11 of the Bankruptcy Code.

4. The Debtor was continued in the possession of his property and control of his business as a debtor in possession, pursuant to 11 U.S.C. § 1107 and 1108.

5. The Debtor is an entrepreneur engaged in transactions related to real estate in the New York Metropolitan area.

6. No committee of unsecured creditors has been constituted in this case.

7. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(a).

8. This is a "core proceeding" as that term is defined by 28 U.S.C. §

157(b)(2)(A).

9. This district is the appropriate venue, pursuant to 28 U.S.C. § 1408.

## THE RELIEF SOUGHT

10. The Debtor requests that this Court enter the pre-fixed order extending until January 4, 2006, the Debtor's time to file his Chapter 11 Current Monthly Income Form, Schedules A-J, Summary of schedules, Statement of Financial Affairs, Statement of Operations, Balance Sheet, Cash Flow Statement, Employee Income Record, Federal Income Tax Return, Inventory of Property, Record of Interest in Education Individual Retirement Account, Incomplete Filings and other missing documents herein.

11. Presently, the Debtor's time to file his schedules and statements expires on December 14, 2005.

12. Cause exists to extend the Debtor's time to complete his filing.

13. The Debtor filed this case as an emergency.

14. Due to the Debtor's emergent filing and Debtor's counsel's schedule, the Debtor and his counsel have been unable to finalize the Debtor's schedules and statements.

15. During the initial days of this case, the Debtor and his counsel focused on the pending motions concerning the Debtor's claim that the automatic stay affected the action in the Superior Court of the State of New Jersey for

Essex County, encaptioned *Peter C. Harvey, et al. v. Joseph Greenblatt, et al.,* Case No: ESX -C-0015-05.

16. In addition to completing the Debtor's documents for filing, the Debtor must have his criminal counsel[2] review the documents before they are filed in this case.

17. An additional brief period is necessary to insure that the Debtor's schedules and statements are complete and accurate and will not negatively impact his pending criminal proceedings.

18. This will maximize the Debtor's opportunity to reorganize.

19. It is appropriate that this Court grant the Debtor's Motion and extend until January 4, 2006, the Debtor's time to file his Chapter 11 Current Monthly Income Form, Schedules A-J, Summary of schedules, Statement of Financial Affairs, Statement of Operations, Balance Sheet, Cash Flow Statement, Employee Income Record, Federal Income Tax Return, Inventory of Property, Record of Interest in Education Individual Retirement Account, Incomplete Filings and other missing documents herein.

20. The Debtor requests that the requirement of a separate memorandum of law, pursuant to the Local Bankruptcy Rules be waived because the nature of the relief sought is not controversial and the applicable authority is well

---

[2] The Debtor is the subject of several criminal proceedings pending in New York and New Jersey.

established.

21. No prior application has been made to this or any other Court for the relief granted herein.

**WHEREFORE,** the Debtor requests that this Court enter orders, extending until January 4, 2006, the Debtor's time to file his Chapter 11 Current Monthly Income Form, Schedules A-J, Summary of schedules, Statement of Financial Affairs, Statement of Operations, Balance Sheet, Cash Flow Statement, Employee Income Record, Federal Income Tax Return, Inventory of Property, Record of Interest in Education Individual Retirement Account, Incomplete Filings and other missing documents herein and granting such other and further relief as this Court deems proper.

Dated: New York, New York
      December 14, 2005

                                WAYNE GREENWALD, P.C.
                                *Attorneys for the Debtor, Joseph Greenblatt*
                                99 Park Avenue - Suite 800
                                New York, New York 10016
                                212-983-1922

                                By:_/s/Wayne M. Greenwald___Pres.
                                  Wayne M. Greenwald (WMG 6758)