

## State of New Jersey

JON S. CORZINE
Governor

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
NEWARK, NJ 07101

STUART RABNER
Attorney General

October 25, 2006

**VIA ELECTRONIC FILING**
Honorable Robert D. Drain, U.S.B.J.
U.S. Bankruptcy Court - Souther District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    **Maywood Capital Corp., et al, Case No. 05-10987, et al.**
              **Alexandra Horvath, Case No. 05-60172**
              **Max Greenblatt, Case No. 05-60163**
              **Joseph Greenblatt, Case No. 05-60142,**
              **Harvey v. Maywood, et al., Docket No. ESX - 0015-05**

Dear Judge Drain:

       This office represents the New Jersey Bureau of Securities (the "Bureau") in the above matters. Pursuant to Your Honor's October 10, 2006 Order, the Bureau respectfully "request[s] the Court exercise its discretion and void the Settlement Agreement and Contract..." between the Court appointed Trustees, the New Jersey State Court Receiver, and Boris Davydov, the purchaser, in the above bankruptcy cases.

       Pursuant to Your Honor's October 10, 2006 Order, Boris Davydov, was provided to "provide to the NJBOS [the Bureau] the same financial information and disclosures that he is obliged to provide to the Trustees and the Receiver under the Settlement Agreement and in connection with the Closing (as defined in the Settlement Agreement), to confirm the source of the funds used by Davydov to purchase the Max Properties and the NY Condo...."

       At this time the Bureau is unsatisfied with the financial information and disclosures that have been provided by Mr. Davydov. The only information that the Bureau has received from Mr. Davydov is his affidavit with attached bank account information (which was previously submitted to this Court) and a Uniform Residential Loan Application, which was received on October 20, 2006.



Neither provide proof of the source of the funds. The Bureau represented its position to this Court at the September 22, 2006 hearing regarding the type of information that the Bureau expected from Mr. Davydov. The Bureau has not received such information, although the Bureau has repeatedly requested it.

In addition, there are certain inconsistencies with the information that has been provided to the Bureau. Mr. Davydov asserted in his September 22, 2006 Affidavit that he earns "in excess of $100,000." The Uniform Residential Loan Application indicates that he earns $88,500. Furthermore, Mr. Davydov indicated on the Uniform Residential Loan Application that the property will be his primary residence. Although, it was previously contemplated in the Settlement Agreement that Max Greenblatt would remain in possession of the properties.

The Bureau only became aware of today's scheduled closing on the Max properties in the last twenty four (24) hours. In light of the closing that was scheduled to occur this afternoon, the Bureau made a final demand by letter sent via facsimile to all parties for Mr. Davydov to comply with the October 10, 2006 Order by providing the said information and any other information that may be disclosed at the closing by 2:00 p.m. this afternoon.

The Bureau has not received any additional information from Mr. Davydov that would "confirm the source of the funds." Therefore, in accordance with the October 10, 2006 Order, the Bureau respectfully requests that a hearing be set on "shortened notice" by this letter application to request that "the Court exercise its discretion and void the Settlement Agreement and the Contract...."

If you have any questions, please contact me at (973) 648-2893.

Very truly yours,

STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Christopher W. Gerold
Deputy Attorney General

cc: All Counsel On Attached Service List (via email and facsimile)
Franklin L. Widmann, Chief of the Bureau of Securities (via email)
Amy Kopleton, Deputy Bureau Chief (via email)
James Lane, Supervising Investigator (via email)
Michael LaChapelle, Investigator (via email)
Anna Lascurain, Deputy Attorney General, Section Chief (via email)

Victoria Manning, Deputy Attorney General, Assistant Section Chief (via email)

## SERVICE LIST

| | |
|---|---|
| **Gary F. Herbst, Esq.**, Counsel to Gregory Messer, as Chapter 7 Trustee for Max Greenblatt<br>Lamonica, Herbst, & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793<br>Fax: (516) 826-0222 | **John S. Pereira, Esq.**, Trustee for the Maywood<br>150 East 58th Street, 14th Floor<br>New York, NY 10155<br>Fax: (212) 751-6950 |
| **Gregory Messer, Esq.**, Chapter 7 Trustee for Max Greenblatt<br>26 Court Street<br>Brooklyn, NY 11201<br>Fax: (718) 797-5360 | **David Carlebach, Esq.**<br>Law Offices of David Carlebach, Esq.<br>40 Exchange Place<br>New York, NY 10005<br>Fax: (212) 785-3618 |
| **Richard Trenk, Esq.**, Receiver<br>Booker, Rabinowitz, Trenk, Lubetkin, Tully, DiPasquale & Webster, P.C.<br>100 Executive Drive, Suite 100<br>West Orange, New Jersey 07052<br>Fax: (973) 243-8677 | **Sam Della Ferra, Jr., Esq.**, Counsel for Reciever<br>Booker, Rabinowitz, Trenk, Lubetkin, Tully, DiPasquale & Webster, P.C.<br>100 Executive Drive, Suite 100<br>West Orange, New Jersey 07052<br>Fax: (973) 243-8677 |
| **John P. Campo, Esq.**, Counsel for John S. Pereira, Esq., Trustee<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>125 West 55th Street<br>New York, NY 10019<br>Fax : (212) 424-8500 | **Ian Gazes, Esq.** Chapter 11 Trustee for Joseph Greenblatt and Chapter 7 Trustee for Alexandra Horvath<br>Gazes LLC<br>32 Avenue of the Americas<br>New York, NY 10013<br>Fax: (212) 765-9675 |
| **Eric Wainer, Esq.**<br>Gazes LLC<br>32 Avenue of the Americas<br>New York, NY 10013<br>Fax: (212) 765-9675 | **Mark A. Frankel, Esq.**<br>Backenroth Frankel & Krinsky, LLP<br>489 Fifth Avenue<br>New York, NY 10017<br>Fax: (212) 644-0544 |

| | |
|---|---|
| **Abe Backenroth, Esq.**<br>Backenroth, Frankel & Krinsky, LLP<br>489 Fifth Avenue<br>New York, NY 10017<br>Fax: (212) 644-0544 | **Schuyler G. Carroll, Esq.**<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019-5820<br>Fax: (212) 484-3990 |
| **Wayne M. Greenwald, Esq.**<br>Wayne M. Greenwald, P.C.<br>99 Park Avenue<br>Suite 800<br>New York, NY 10016<br>Fax: (212) 953-7755 | **Jeffrey Berkowitz, Esq.**<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>125 West 55th Street<br>New York, NY 10019<br>Fax : (212) 424-8500 |
| **Aaron C. Ambalu, Esq.**<br>500 5th Avenue<br>Suite 1640<br>New York, NY 10110<br>Tel: 212-997-2445<br>Fax: 212-869-2303 | |