**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

      JOSEPH GREENBLATT,                    Chapter 11

                                            Case No. 05-60142 (RDD)
                      Debtor.

-------------------------------------------------------------x

## ORDER CONVERTING CHAPTER 11 CASE TO A
## <u>CASE UNDER CHAPTER 7</u>

      Upon the Motion (the "Motion") of Ian J. Gazes, as Chapter 11 Trustee (the

"Trustee") of the estate of Joseph Greenblatt (the "Debtor"), to convert this chapter 11

case to a case under chapter 7, dated January 26, 2007, and upon the hearing held before

this Court on February 27, 2007; and it appearing that appropriate notice has been given

and cause existing for the relief requested for the reasons stated by the Court on the

record of the hearing on the Motion, it is hereby

      ORDERED, that this case commenced under chapter 11 of the Bankruptcy Code

be and hereby is converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112(b); and

it is further

      ORDERED, that the Debtor shall file (i) a schedule of unpaid debts incurred after

the commencement of the chapter 11 case within 15 days of the date of this order, and (ii)

a final report within 30 days of the date of this order, pursuant to F. R. Bankr. Proc.

1019(5).

Dated: New York, New York
       March <u>5</u>, 2007

                                      /s/Robert D. Drain
                                      Honorable Robert D. Drain
                                      United States Bankruptcy Judge