UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re

JOSEPH GREENBLATT,

                Debtor.

Chapter 7

Case No. 05-60142 (RDD)

------------------------------------------------------------X

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEY TO THE TRUSTEE

Upon the Application of Roy Babitt, Chapter 7 Trustee (the "Trustee") of the estate of Joseph Greenblatt (the "Debtor"), for an Order Authorizing Employment and Retention of Arent Fox LLP as Attorney for the Trustee (the "Application") made pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, and the Declaration of Schuyler G. Carroll in support thereof; and it appearing that Arent Fox LLP ("Arent Fox") represents no interest adverse to the Trustee, the Debtor's estate, or its creditors herein with respect to matters for which Arent Fox is to be engaged, and that Arent Fox is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code; and the employment of Arent Fox being necessary and in the best interest of the estate; and good and sufficient notice of the Application having been provided; and upon consent of the Office of the United States Trustee; and after due deliberation and good cause appearing therefor, it is hereby

ORDERED, that pursuant to, *inter alia*, Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016, the Trustee is hereby authorized and empowered to employ and retain Arent Fox as his attorney, on the terms and conditions set forth in the Application; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Arent Fox shall be paid as an administrative expense in such amounts as shall be determined upon

NYC/348664.1

appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee Guidelines for fees, and all orders and such other procedures as may be fixed by this Court.

Dated: New York, New York
October 18, 2007

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE


NO OBJECTION:

UNITED STATES TRUSTEE

By: */s/ Alicia M. Leonhard*
    Alicia M. Leonhard
    Trial Attorney