Schuyler G. Carroll (SC-1234)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Former Attorneys for Boston Investors Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

| | |
|---|---|
| JOSEPH GREENBLATT, | Chapter 7 |
| Debtor. | Case No. 05-60142 (RDD) |

------------------------------------------------------------x
In re:

| | |
|---|---|
| MAX GREENBLATT | Chapter 7 |
| Debtor | Case No. 05-60163 (RDD) |

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AS COUNSEL FOR BOSTON INVESTORS GROUP, INC.

PLEASE TAKE NOTICE that Schuyler G. Carroll and Arent Fox LLP, hereby withdraw as counsel to Boston Investors Group, Inc. Please take further notice that all service lists should be updated accordingly.

Dated: New York, New York
October 25, 2007

> ARENT FOX LLP
> Former Attorney for Boston Investors Group, Inc.
>
> By: */s/ Schuyler G. Carroll*
> Schuyler G. Carroll (SC-1234)
> 1675 Broadway
> New York, NY 10019
> (212) 484-3900

NYC/350183.1