Schuyler G. Carroll
Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| JOSEPH GREENBLATT, | Case No. 05-60142 (RDD) |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| ROY BABITT, CHAPTER 7 TRUSTEE OF THE ESTATE OF JOSEPH GREENBLATT, | |
| Plaintiff, | Adv. Pro. No. 08-01127 (RDD) |
| v. | |
| KAREN ROTHSCHILD, | |
| Defendant. | |

---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARINGS

**PLEASE TAKE NOTICE** that all matters scheduled to be heard on Tuesday, December 16, 2008 and Thursday, December 18, 2008, respectively, in the above captioned adversary proceeding have been adjourned to **January 28, 2009 at 10:00 a.m.** prevailing Eastern Time, before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, Courtroom 610, One Bowling Green, New York, New York 10004.

Dated:   New York, New York
         December 15, 2008

                                        ARENT FOX LLP
                                        Attorney for Roy Babitt, Chapter 7 Trustee

                                        By:   /s/ Jeffrey D. Vanacore
                                              Schuyler G. Carroll
                                              Jeffrey D. Vanacore
                                              1675 Broadway
                                              New York, NY 10019
                                              (212) 484-3900

NYC/415295.1