UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

In re:                                                  Chapter 7

Joseph Greenblatt,                         Case No. 05-60142 RDD
                        Debtor.
-------------------------------------------------x

## INITIAL REPORT OF CHAPTER 7 TRUSTEE IN ASSET CASE

TO:     Hon. Robert D. Drain
BY:     Roy Babitt, Trustee

Roy Babitt, Trustee of the above referenced debtor hereby reports as follows:

1.     REPORT OF §341 MEETING:
   a)     Date §341 scheduled: April 16, 2007
             { }concluded above date { } concluded on.
   b)     { X }Debtor(s) never appeared.
   c)     { } The attorney for the Debtor appeared { X } did not appear at the §341.

2.     FINDING OF ASSETS: The Trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.

3.     ASSET NOTICE TO CREDITORS:
           { }     An asset notice was sent to creditors.
           **{X}**     **An asset notice has not previously been sent to creditors.**

   IF NOTICE NOT PREVIOUSLY SENT:
           **{ X}**     **The Trustee requests that such notice be sent to creditors, or**
           { }     The Trustee recommends notice be delayed until all assets are liquidated.

WHEREFORE, the Trustee submits this as his initial report to the United States Trustee and the United States Bankruptcy Court in the above captioned case.

Dated: March 3, 2010                       Signed: */s/ Roy Babitt*
                                                   Roy Babitt, Chapter 7 Trustee
                                                   1675 Broadway
                                                   New York, NY 10019
                                                   212-484-3900

NYC/464134.1