# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### One Bowling Green
### New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Joseph Greenblatt | CASE NO.: 05–60142–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–4743 | CHAPTER:   7 |
| | TRUSTEE: |
| | Roy Babitt<br>c/o Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019 |
| | Telephone: (212) 484–3900 |

---

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible.
You are hereby advised of the opportunity to file a claim in order to share in any distribution.
A creditor must file a PROOF OF CLAIM whether or not the debt is included in the list of creditors filed by the debtor.
The PROOF OF CLAIM must be filed on or before June 2, 2010 .
Please take further notice that if you have a PROOF OF CLAIM on file or one has been filed on your behalf, do not file again.
All PROOFS OF CLAIM for the above named debtor, are to be filed with the court at the above address.

Dated: March 4, 2010

Vito Genna
Clerk of the Court

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Joseph  Greenblatt | Case Number:     05-60142 (rdd) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
*(If known)*

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**          $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

      **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**    ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**This claim should be returned to: Clerk, U.S. Bankruptcy Court, Manhattan Division One Bowling Green New York, NY 10004-1408 .**
**Claims must be received at the court on or before any last date for filing claims which you may have received.**
**This court will not accept faxed claims.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 06, 2010.

```
db            +Joseph Greenblatt,    188 East 70th Street,   NY, NY 10021-5135
aty           +Alicia M. Leonhard,   Office of the United States Trustee,   Southern District of New York,
               33 Whitehall Street, Suite 2100,   New York, NY 10004-2112
aty           +Hollie T. Elkins,   Office of the United States Trustee,   33 Whitehall Street,
               New York, NY 10004-2122
smg            N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg            New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg            New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY 12205-0300
smg            United States Attorney,   One St. Andrew's Plaza,   Claims Unit - Room 417,
               New York, NY 10007-1701
ust           +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
4210842       +5 WEST 120TH REALTY CORP.,   ATTORNEYS FOR CEDIT:,   DE LOTTO & FAJARDO LLP,
               370 LEXINGTON AVENUE, SUITE 1001,   NEW YORK, NY 10017-6586
4207795       +A.M. SAMPLING PENSION PLAN,   C/O LAURA TAUBES,   39 FLYING CLOUD ROAD,   STAMFORD, CT 06902-7723
4265647       +ALPA MORTGAGE INVESTORS,   PETER M. LEVINE, ATTORNEY AT LAW,   488 MADISON AVENUE,   19TH FLOOR,
               NEW YORK, NY 10022-5706
4200862       +Alan R. Barbee,   Connor Building, Suite 100,   900 Osceola Drive,
               West Palm Beach, FL 33409-5000
4195845       +Alan R. Barbee, C.P.A.,   Barbee & Associates, Inc.,   Connor Building, Suite 100,
               900 Osceola Drive,   West Palm Beach, Florida 33409-5000
4243919       +Backenroth Frankel & Krinsky, LLP,   489 Fifth Avenue,   New York, N.Y 10017-6109,
               ATTN: Abraham Backenroth
4231545       +Burger Family Trust, DTD,   c/o McCarter & English, LLP,   Attn: David J. Adler,
               245 Park Avenue,   27th Floor,   New York, New York 10167-2801
4153517       +CALVARY PORTFOLIO SERVICES LLC,   AS ASSIGNEE OF MOBIL,   7 SKYLINE DRIVE, THIRD FLOOR,
               HAWTHORNE, NY 10532-2156
4161117       +CHASE BANK USA, N.A.,   C/O WEINSTEIN & RILEY, P.S.,   2101 4TH AVENUE, SUITE 900,
               SEATTLE, WA 98121-2339
4231720       +Craig Burger,   c/o McCarter & English, LLP,   Attn: David J. Adler,   245 Park Avenue,
               27th Floor,   New York, New York 10167-2801
4197542       +JOHN HUGHES,   BROWN & CONNERY, LLP,   ATTN: JOSEPH M. GAREMORE,   6. N. BROAD STREET,
               WOODBURY, NJ 08096-4635
4360068       +John P. Campo, Esq.,   Dreier LLP,   499 Park Avenue,   New York, N.Y 10022-1240
4207793       +LAURA TAUBES,   39 FLYING CLOUD ROAD,   STAMFORD, CT 06902-7723
4168872       +Leboeuf, Lamb, Greene & Macrae LLP,   125 West 55th Street,   New York, N.Y 10019-5389,
               ATTN: John P. Campo, Esq.
4320448        NEW YORK STATE DEPARTMENT OF,   TAXATION AND FINANCE,   BANKRUPTCY SECTION,   P.O. BOX 5300,
               ALBANY, NY 12205-0300
4149356       +Richard D. Trenk, Esq.,   %Booker, Rabinowitz, Trenk, Lubetki,
               Tully, DiPasquale & Webster, P.C.,   100 Executive Drive, Suite 100,
               West Orange, NJ 07052-3317
4253533       +Selma Winston,   c/o Joseph B. Fiorenzo, Esq.,   Sokol, Behot and Fiorenzo,
               433 Hackensack Avenue,   Hackensack, NJ 07601-8311
4207792       +TIMOTHY TAUBES,   64 CHELSEA CT.,   RIDGEFIELD,CT 06877-2329
4399319       +United States Trustee,   33 Whitehall Street, 21st Floor,   New York, New York 10004-2122
```

The following entities were noticed by electronic transmission on Mar 04, 2010.

```
4161114       +EDI: ACCE.COM Mar 04 2010 15:48:00    ASSET ACCEPTANCE LLC ASSIGNEE/ CREDIT AMERICA,
               P.O. BOX 2036,   WARREN, MI 48090-2036
4483625        EDI: RECOVERYCORP.COM Mar 04 2010 15:48:00    Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                      TOTAL: 2
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4358296        JOHN S. PEREIRA, as Chapter 11 Trustee of Maywood
5102459        John S. Pereira, as post confirmation Chapter 11 T
                                                                          TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2010                    Signature: