UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re

JOSEPH GREENBLATT,

                Debtor.

-------------------------------------------------------x

Chapter 7
Case No. 05-60142 (RDD)

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO ALLOW SERVICE OF SUMMONS AND COMPLAINT**

Upon on the Motion for an Order Granting Relief from the Automatic Stay to Allow Service of the Summons and Complaint on the Defendants (the "Motion") by John S. Pereira, as the post-confirmation Chapter 11 Trustee of Maywood Capital Corp. and its affiliated debtors (the "Trustee"); and due and proper notice of the Motion having been made on all necessary parties; and no response having been filed to the Motion; and upon the March 11, 2010 hearing on the Motion; and based upon the record of the hearing and good cause having been shown, it is hereby

ORDERED that the Motion is granted in its entirety, and the automatic stay under 11 U.S.C. § 362(a) is modified under 11 U.S.C. § 362(d)(1) to permit the Trustee to serve the summons and complaint (the "Complaint") on the defendants, including the above debtor and the chapter 7 trustee in this case, in the adversary proceeding entitled <u>John S. Pereira, as post-confirmation Chapter 11 Trustee of Maywood Capital Corp. v. Joseph Greenblatt and Roy Babbitt, as Chapter 7 Trustee for the estate of Joseph Greenblatt</u>, Adv. Pro. No. 10-02872 (RDD), which adversary proceeding has been filed in the Chapter 11 cases of <u>In re: Maywood Capital Corp., et al.</u>, Case No. 05-10987 (RDD) (the "Adversary Proceeding"); and it is further

ORDERED that the Trustee is authorized to amend the Complaint prior to serving it on the defendants; and it is further

ORDERED that upon the service of the summons and Complaint, or if applicable the amended Complaint, on the defendants, the Adversary Proceeding is hereby stayed subject to further order of the Court for cause shown; and it is further

ORDERED that the 14-day stay pursuant to Rule 4001(a)(3) following entry of this order is hereby waived.

Dated: White Plains, New York
       March 11, 2010

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

#1480688 v1
108854-65237