UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | x | Chapter 7 |
| --- | --- | --- |
|  | : | Case No. 05-60142 (RDD) |
| JOSEPH GREENBLATT, | : |  |
|  | : |  |
| Debtor. | x |  |

**STIPULATION AND ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE OR TO DETERMINE THE DISCHARGEABILITY OF A DEBT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 4004 AND 4007 AND BANKRUPTCY CODE SECTIONS 727(a) AND 523(c)**

**WHEREAS** Federal Rules of Bankruptcy Procedure 4004 and 4007 set forth that a complaint objecting to a debtor's discharge under 11 U.S.C. § 727(a) or a complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341(a) (the "Discharge/Dischargeability Date"); and

**WHEREAS** the time to object to discharge or determine the dischargeability of a debt may be extended for cause; and

**WHEREAS** by Order dated March 5, 2007, this case was converted to one under Chapter 7 of the Bankruptcy Code; and

**WHEREAS** Roy Babitt has been appointed as Trustee in this Chapter 7 case (the "Greenblatt Trustee") and;

**WHEREAS** the meeting of Creditors under 11 U.S.C. § 341 (a) (the "341 (a) Meeting") has not yet occurred; and

**WHEREAS** the Discharge/Dischargeability Date in this case is currently December 17, 2010, having been extended to that date by a Stipulation and Order of this Court entered on June 15, 2010; and

1433343v1

**WHEREAS** Bankruptcy Rules 4004 and 4007 allow the extension of the time of the Discharge/Dischargeability Date; and

**WHEREAS** John S. Pereira, as Post-Confirmation Trustee of Maywood Capital Corp., and its related debtors (the "Maywood Trustee"), and the Debtor have agreed that the Maywood Trustee, the Greenblatt Trustee, all creditors and all parties in interest shall have additional time to object to the Debtor's discharge or seek a determination as to the dischargeability of a debt; and

**WHEREAS** the Maywood Trustee and the Debtor have agreed that in order to afford the Maywood Trustee, the Greenblatt Trustee, all creditors and all parties in interest with additional time to determine whether to file a complaint to object to the Debtor's discharge or to file a complaint to determine dischargeability of a debt, the Discharge/Dischargeability Date should be further extended until, and including June 17, 2011, without prejudice to any further extension of time that may be granted by stipulation with the Debtor or upon motion of the Maywood Trustee, the Greenblatt Trustee, any creditor or any party in interest; and

**WHEREAS** the undersigned counsel of record represent that they are authorized to execute this stipulation on behalf of their respective clients; and

**WHEREAS** this stipulation is being presented to the Court before the current Discharge/Dischargeability Date expires.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED,** as follows:

1. The Discharge/Dischargeability Date shall be extended until, and including, June 17, 2011, without prejudice to such further extension that may be appropriate.

2. Nothing contained in the Stipulation shall be deemed to affect the Debtor's obligation to be examined at the 341(a) Meeting.

3. This stipulation may be executed in counterparts, all of which shall constitute one original, and the signatures on this stipulation may be executed by facsimile.

Dated: New York, New York
December 13, 2010

WAYNE M. GREENWALD, P.C.

By: *s/Wayne M. Greenwald*
Wayne M. Greenwald, Esq.
99 Park Avenue, Suite 800
New York, NY 10016
Tel: (212) 983-1922

*Attorneys for the Debtor*

Dated: New York, New York
December 13, 2010

TROUTMAN SANDERS LLP

By: *s/John P. Campo*
John P. Campo, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000

*Attorneys for John S. Pereira, as Post-Confirmation Trustee of Maywood Capital Corp., et al.*

**SO ORDERED BY THE COURT ON THIS
16th DAY OF DECEMBER, 2010**

**/s/Robert D. Drain**
**UNITED STATES BANKRUPTCY JUDGE**

1433343v1