George P. Angelich
George V. Utlik
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Attorney for Roy Babitt, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | |
|---|---|
| In re: | |
| JOSEPH GREENBLATT, | Chapter 7 |
| Debtor. | Case No. 05-60142 (RDD) |

----------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears herein as counsel for Roy Babitt, Chapter 7 Trustee in the above-referenced case, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> ARENT FOX LLP
> 1675 Broadway
> New York, New York 10019
> Attn: George P. Angelich
>         George V. Utlik
> Tel.: (212) 484-3900
> Fax: (212) 484-3990
> angelich.george@arentfox.com
> utlik.george@arentfox.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to and specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed

NYC/586699.1

by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, email, internet or otherwise filed or made with regard to the above-captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

Dated: New York, New York  
       June 7, 2011

ARENT FOX LLP  
Attorney for Roy Babitt, Chapter 7 Trustee

By:    */s/ George P. Angelich*  
     George P. Angelich  
     George V. Utlik  
     1675 Broadway  
     New York, NY 10019  
     (212) 484-3900  
     (212) 484-3990